✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-587-KJD (GWF) |
| DENIRO WESTFIELD, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 5, 2011, defendant DENIRO WESTFIELD pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds defendant DENIRO WESTFIELD agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. Docket #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum and the offense to which defendant DENIRO WESTFIELD pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.      Glock, Model 19, .9mm caliber handgun, serial number GVM864; and

    b.      any and all ammunition.

1   This Court finds the United States of America is now entitled to, and should, reduce the

2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6   DENIRO WESTFIELD in the aforementioned property is forfeited and is vested in the United States

7   of America and shall be safely held by the United States of America until further order of the Court.

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12   the name and contact information for the government attorney to be served with the petition,

13   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

15   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18   following address at the time of filing:

19   Michael A. Humphreys
     Assistant United States Attorney
20   Daniel D. Hollingsworth
     Assistant United States Attorney
21   Nevada State Bar No. 1925
     Lloyd D. George United States Courthouse
22   333 Las Vegas Boulevard South, Suite 5000
     Las Vegas, Nevada 89101
23   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

24   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

25   . . .

26   . . .

2

1    following publication of notice of seizure and intent to administratively forfeit the above-described

2    property.

3           DATED this _5___ day of ___July___, 2011.

4

5

6                                                  _____

7                                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26