**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,             )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>DENIRO WESTFIELD,                       )<br>                                                              )<br>                    Defendant.         )<br>_____) | Case No.  2:10-cr-00587-KJD-GWF<br><br>**ORDER** |

Pursuant to the Petition, Stipulation for Return of Property and Order (#35) filed April 25, 2013,

**IT IS ORDERED** that the Motion for Return of Property (#28) is vacated.

DATED this 17th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge