# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENIRO WESTFIELD,<br><br>    Defendant. | Case No. 2:10-CR-587-KJD<br><br>**ORDER** |

    Based on the stipulation of counsel, all parties being in agreement and the interests of justice being best served:

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, December 29, 2015 at 9:00 a.m. at 9:00 a.m., be vacated and continued to  1/13/2016  at the hour of   9:00    a .m.; or to a time and date convenient to the court.

    DATED this 23rd of December, 2015

                                                              UNITED STATES DISTRICT JUDGE
                                                              KENT J. DAWSON